Arkady Shafirovich
14417 Tiara St., Apt. 105
Sherman Oaks, CA 91401
Tel. (818) 386-8296
*Defendant in propria persona*

FILED
2023 AUG 24 PM 1:55
BY___ rsm

US DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Arkady Shafirovich,  ) Case No.: **2:23-CV-07005-FLA-BFMx**
) 
) **PETITION FOR INJUNCTION TO ORDER**
Petitioner ) **FEDERAL COMMUNICATIONS**
) **COMMISSION TO IMMEDIATELY START**
) **MONITORING ELECTROMAGNETIC**
) **RADIATION AT THE PETITIONER'S**
) **RESIDENCE**
)

To the Court:

## JURISDICTION

1. Petitioner Arkady Shafirovich resides in Los Angeles county.

2. The FCC (Federal Agency) has a regional office in Los Angeles county.

3. This Court has jurisdiction.

## STATEMRNT OF FACTS

4. The unknown intelligence agency placed a Directed Energy Weapon in the building of the Petitioner's residence.

5. The weapon is based on electromagnetic radiation (EMR) and is invisible.

6. The perpetrators put chips in the Petitioner's body.

Page 1

7. These chips receive the weapon's signal, amplify it and severely destroy the petitioner's health.

8. People around the petitioner, who are without chips, do not feel the EMR.

9. But the Petitioner has seen perpetrators coming to the building in a protective suits covering them from head to toe.

10. With this weapon and chips the perpetrators made Petitioner deaf, blind, broke his spine (scoliosis), gave him cancer, deep vein thrombosis and many other diseases.

11. The police refuses to protect him. They say they do not deal with EMR.

12. The FBI says: "Call 911."

13. To obtain evidence of the EMR a specialized equipment called spectrum analyzer is required.

14. The Los Angeles County Public Health Department used to have spectrum analyzer to ensure healthful environment.

15. But when the perpetrators started torturing people, that equipment disappeared.

16. The Petitioner tried to make LA County to acquire the spectrum analyzer but the County Supervisor does not answer his letter (Exhibit 1).

17. Tje Petitioner tried to buy an inexpensive spectrum analyzer on his own but the perpetrators didn't let him do it.

18. They blocked his phone connection with a salesman and removed payment info from the email.

19. The perpetrators keep Petitioner in slavery.

20. Beside torturing with EMR the control his mail, email and telephone communications. They follow him 24x7.

21. The FCC has all necessary equipment to detect the EMR and find its source.

22. But the FCC states that they do not respond to requests from private individuals.

## CONCLUSION

WHEREFORE, the Petitioner moves this Honorable Court for an injunction to order FCC to immediately start monitoring EMR at the Petitioner's residence to protect him from the ongoing torture. The range of frequencies to be monitored is from 1 Hz to 105 GHz.

**Oral argument requested.**

**DATED: August 24, 2023**

Respectfully submitted

by _____
Arkady Shafirovich
Petitioner